## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**MARY LOUISE DENESE SLAEY, et al.,**<br>　　　　　　　　**Defendants.** | :<br>:<br>:<br>:　　**CIVIL NO. 06-4930**<br>:<br>:<br>: |

### ORDER

**AND NOW**, this 12th day of February 2014, upon consideration of the Government's

Motion for Order Show Cause why Defendants Should Not Be Held in Contempt (Doc. 123),

Defendants' responses thereto, the hearings held before the Court, all relevant briefing by both

sides, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the requests to hold Defendants in contempt are hereby **DENIED** without

prejudice.

　　　　**IT IS SO ORDERED**.

　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　_CYNTHIA M. RUFE, J._